COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NOS.   2-09-338-CR

  
2-09-339-CR

LEROY GARY RUSHING III APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant's Motion To Dismiss Appeals.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See id.;
 Tex. R. App
. P.
 43.2(f). 
 

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH

Tex. R. App
. P. 
47.2(b)

DELIVERED: May 20, 2010 

FOOTNOTES
1:
See
 
Tex. R. App
. P.
 47.4.